## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

NATALIE VEREIN, an individual,

        *Plaintiff,*

    v.

**RUBEN SUKIASYAN** an individual,

       *Defendant.*

Case No. _____

United States Courts
Southern District of Texas
F I L E D

APR 1 6 2025

Nathan Ochsner, Clerk of Court

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiff Natalie Verein ("Plaintiff"), appearing pro se, respectfully submits this Complaint and Emergency Application for a Temporary Restraining Order ("TRO") and Preliminary Injunction against Defendant Ruben Sukiasyan ("Defendant"), and alleges as follows:

### NATURE OF THE ACTION

1. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101 et seq., arising from Defendant's willful and unauthorized reproduction, marketing, and sale of Plaintiff's federally registered tarot card work.

2. Plaintiff seeks urgent injunctive relief, including a TRO, to prevent further irreparable harm resulting from

Defendant's continued infringement on Amazon.com and to restrict access to proceeds derived from the sale of infringing goods.

### JURISDICTION AND VENUE

1

## JURISDICTION AND VENUE

3. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Venue is proper under 28 U.S.C. § 1391(b), as a substantial portion of the infringing acts occurred in this District.

5. Defendant has consented to this Court's jurisdiction by submitting a DMCA counter-notification to Amazon, thereby agreeing to jurisdiction in any federal district in which Amazon is located.

## THE PARTIES

6. Plaintiff Nataliia Vereina is an individual residing in Kingwood, Texas, doing business as Witchy Cauldron.

7. Plaintiff is the sole and exclusive owner of the copyrighted work titled "Learning Tarot Cards. Spanish edition," registered with the United States Copyright Office under Registration Number TXu 2-367-000 on March 5, 2023. A true and correct copy of the registration certificate is attached hereto as Exhibit A.

8. Upon information and belief, Defendant Ruben Sukiasyan is an individual residing at 12320 Burbank Blvd #110, Valley Village, California 91607, and operates a seller account on Amazon.com.

## FACTUAL BACKGROUND

9. Plaintiff is the creator of a widely distributed and well-known tarot learning deck, which has been marketed and sold under the Witchy Cauldron brand, enjoying considerable commercial success.

10. The copyrighted work includes original translated text, educational layout, and design features created by Plaintiff in 2022.

2

COMPLAINT FOR COPYRIGHT INFRINGEMENT

11. Defendant, without authorization, has reproduced and marketed a substantially identical product on Amazon under ASIN B0DY6R3JC7, using Plaintiff's protected content.

12. On or about March 2025, Plaintiff submitted a valid **Digital Millennium Copyright Act (DMCA) notice** to Amazon, identifying unauthorized use of her copyrighted work in a product listing under **ASIN B0DY6R3JC7**, attributed to Defendant. Amazon reviewed the complaint, assigned it **Complaint ID 17517413911**, and subsequently removed the infringing listing from the Amazon marketplace. A true and correct copy of Amazon's acknowledgment of the DMCA takedown and related correspondence is attached hereto as **Exhibit F**.

13. Defendant submitted a counter-notification containing materially false statements, claiming the content originated from a manufacturer on Alibaba. The listing and its promotional materials closely replicate Plaintiff's original work. The counter-notice is attached as Exhibit C.

14. On April 7, 2025, at 6:05 PM CST, Plaintiff issued a Final Notice of Copyright Infringement via both certified mail and email, affording Defendant seven (7) calendar days to voluntarily remove the infringing content. A copy of this notice is attached as Exhibit D.

15. As of the date of this filing, Defendant has not removed the content nor responded. Amazon is poised to reinstate the listing absent judicial intervention by April 17, 2025.

16. Defendant's conduct is willful, malicious, and undertaken with full knowledge of Plaintiff's exclusive rights. It is calculated to exploit Plaintiff's goodwill and intellectual property for commercial gain.

## CLAIM FOR RELIEF

(Copyright Infringement – 17 U.S.C. § 501)

17. Plaintiff incorporates by reference all preceding paragraphs as if fully set forth herein.

18. Plaintiff is the exclusive owner of a valid copyright in the work titled *Learning Tarot Cards. Spanish edition*, registered under Registration No. TXu 2-367-000.

19. Defendant has violated Plaintiff's exclusive rights under 17 U.S.C. §§ 106 and 501 by reproducing, selling, and distributing copies of Plaintiff's copyrighted work without authorization.

20. Defendant's infringement has caused and will continue to cause Plaintiff irreparable harm, including reputational damage, consumer confusion, loss of revenue, and dilution of brand value. Such harm cannot be fully compensated through monetary damages alone.

21. Plaintiff is entitled to injunctive relief to prevent further infringement, statutory damages of up to $150,000 per infringement, and recovery of actual damages and profits, as well as attorneys' fees and costs, pursuant to 17 U.S.C. §§ 502, 504, and 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in her favor and grant the following relief:

A. A permanent injunction enjoining Defendant from reproducing, distributing, displaying,

substantially similar works;

B. An order directing the destruction or forfeiture of all infringing materials in Defendant's possession, custody, or control;

C. An award of statutory damages under 17 U.S.C. § 504(c), or in the alternative, Plaintiff's actual damages and Defendant's profits attributable to the infringement;

D. An award of Plaintiff's costs and reasonable attorneys' fees pursuant to 17 U.S.C. § 505;

E. Such other and further relief as the Court deems just and proper.

Dated: April 16, 2025                          Respectfully submitted,


_____    /Natalie Verein /
                          Natalie Verein, pro se

4311 Long Glen Drive
Kingwood, TX, 77339
+18322081053
legal@withycauldron.com

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# EXHIBIT LIST

**Exhibit A** - Certificate of Copyright Registration

A true and correct copy of U.S. Copyright Registration No. TXu 2-367-000 for Learning Tarot Cards. Spanish edition, issued on March 5, 2023, in the name of Nataliia Vereina.

**Exhibit B** - Side-by-Side Comparison of Plaintiff's Work and Pirated Product  Comparative visual evidence showing Plaintiff's original copyrighted tarot cards alongside the infringing

product sold under ASIN B0DY6R3JC7. Highlights include identical text, layout, and format.

**Exhibit C** - Defendant's DMCA Counter-Notification Submitted to Amazon Full copy of the counter-notice submitted by Defendant Ruben Sukiasyan under Complaint ID 17517413911, falsely claiming ownership and denying copyright infringement.

**Exhibit D** - Final Notice of Copyright Infringement to Defendant Copy of Plaintiff's written Final Notice sent on April 7, 2025, via certified mail and email, demanding removal of infringing content within 7 days.

**Exhibit E** - Certified Mail Receipt and Delivery Confirmation

Proof of certified mailing and delivery of Exhibit D to Defendant's listed address.

**Exhibit F** - Amazon Complaint Details for DMCA Takedown

Email correspondence from Amazon confirming receipt of Plaintiff's original takedown notice and the counter-notice, including Amazon's notice that the listing will be reinstated unless Plaintiff files suit within 10 business days.

# Exhibit A
# Certificate of Copyright Registration

COMPLAINT FOR COPYRIGHT INFRINGEMENT

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## TXu 2-367-000

Effective Date of Registration:
March 05, 2023
Registration Decision Date:
April 28, 2023

---

### Title

Title of Work: Learning Tarot Cards, Spanish edition

### Completion/Publication

Year of Completion: 2022

### Author

- Author: Natalie Verein
  Pseudonym: Annabel Wicca
  Author Created: Translation
  Work made for hire: No
  Citizen of: United States
  Domiciled in: United States
  Year Born: 1990
  Pseudonymous: Yes

### Copyright Claimant

Copyright Claimant: Natalie Verein
4311 Long Glen Dr, KINGWOOD, TX, 77339

### Limitation of copyright claim

Material excluded from this claim: photograph(s), artwork
Previous registration and year: TXU2304549, 2022

New material included in claim: text, Translation

### Rights and Permissions

Name: Natalie Verein
Email: natalyvereina@gmail.com
Telephone: (832)208-1053

---

8

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit B

# Side-by-Side Comparison of Plaintiff's Work and Pirated Product

COMPLAINT FOR COPYRIGHT INFRINGEMENT

The image on the right is an unauthorized copy of my copyrighted work shown on the left: "Learning Tarot Cards - Spanish Edition."
Copyright Reg. No.: TXu 2-367-000
Date: April 28, 2023
Jurisdiction: United States



These creative choices are original to our Learning Tarot Cards - Spanish Edition and are protected under U.S. copyright law.
The unauthorized version uses the same visual presentation, icon placements, and Spanish translations, which are the result of our own research, design, and expression – not generic elements. This reproduction violates our exclusive rights under Copyright Registration No. TXu 2-367-000, effective April 28, 2023.

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit C

# Defendant's DMCA Counter-Notification Submitted to Amazon

COMPLAINT FOR COPYRIGHT INFRINGEMENT

We've received a counter notice for your Amazon.com report

no-replies-appeal@amazon.com
to me

Thu, Apr 3, 10:38 AM (12 days ago)

Hello,

We have received a counter-notice, from an Amazon seller, to your report(s) of posting, hosting and/or distributing unlicensed copyright protected material on our network. Below are the details of the complaint and ASIN targeted in the complaint.

Complaint ID: 17567413911
ASIN: B0DY6RXJC7
Title: Spanish Tarot Cards, Beginner Friendly Deck with Astrology Symbols, Illustrated Guide Cards Tarot español para principiantes, Tarot con significado en litras en las tarjetas

The counter notice submitted is provided below for your records. We will allow this material to become accessible, unless you provide us with notice that a lawsuit has been filed against the counter-noticing party within 10 business days. Please ensure a copy of the lawsuit is sent to ip-dhs-complaint@amazon.com no later that if a copy of the lawsuit is not provided within 10 business days, the identified content above will be reinstated.

ASIN: B0DY6RXJC7 Complaint ID, 17567413911 You recently provided me with a copy of a Notice of Infringement under the Digital Millennium Copyright Act (DMCA). This letter is a Counter-Notification as authorized in § 512(g) of the DMCA. I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. I therefore request that the material be replaced and/or no longer disabled. The material in question formerly appeared on Amazon website with Amazon Standard Identification Number (ASIN). I have bought these cards for resell from Alibaba.com from a reputable supplier that prints them. My contact information is as follows: Full Legal Name: Ruben. Email Address: rabbun17@hotmail.com Mailing Address: 12320 Burbank Blvd # 110 Phone Number: 8182002656 ✓ (i) I am located in the United States and I consent to the jurisdiction of the Federal District Court for the judicial district in which my address is located (OR) I am located outside of the United States and I consent to the jurisdiction of any judicial district in which Amazon may be found. ✓ (ii) I agree to accept service of process from the person who provided notification under subsection (c)(1)(C) or an agent of such person. ✓ (iii) I have a good faith belief that the material identified in the Notice of Infringement was removed or disabled as a result of mistake or misidentification of the material to be removed or disabled. ✓ (iv) I declare under penalty of perjury under the laws of the United States of America that the above Counter-Notification and all statements therein are true and correct. ✓ (v) I ACKNOWLEDGE THAT PROVIDING FALSE STATEMENTS IN A COUNTER-NOTICE MAY LEAD TO CIVIL PENALTIES OR CRIMINAL PROSECUTION. Enter your full name as a means of a digital signature. Please note that by entering your full name you are providing us with your digital signature which is legally binding. Ruben Suleasyaa

Thank You,
Amazon

( ↩ Reply )  ( → Forward )  ☺



# Exhibit  D

# Final Notice of Copyright Infringement to Defendant

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Reply   Reply all   Forward   Delete   Junk   Mark   More

## Legal Notice of Copyright Infringement – Unauthorized Use of Copyrighted Work ☒

 To suklas17@hotmail.com on 2025-04-07 18:05

✉ Details  🌐 Headers  ☰ Plain text

Dear Mr. Suklasyan/Naira Grigoryan ,

This letter serves as formal legal notice on behalf of **VHNS LLC**, doing business as **Witchy Cauldron**, the sole and exclusive copyright holder of the creative work titled "**Learning Tarot Cards – Spanish Edition**", registered with the U.S. Copyright Office under the following registration:

- **Copyright Registration Number: TXu 2-367-000**

- **Effective Date of Registration: April 28, 2023**

- **Jurisdiction: United States**

We have received a copy of your **DMCA counter-notification** filed with Amazon in response to our original takedown request for ASIN **B0DY6R3JC7**, in which you claim a "good faith belief" that the content was removed due to mistake or misidentification. This claim is categorically false.

The product in question contains unauthorized reproductions of our copyrighted work, including original card text, structural layout, design elements, and symbolism—all protected under U.S. copyright law. Your admission that the cards were purchased from a third-party supplier on Alibaba does not absolve you of liability. U.S. Copyright Law clearly holds distributors and resellers accountable, regardless of supplier source.

## Final Warning – Legal Action Imminent

Because of your **submission of a false counter-notice under the DMCA**, we have to let you know that we have put us into a position where legal action is our only option to protect our rights. As per 17 U.S.C. § 512(g), we are prepared to file **a lawsuit in federal court** to prevent the reinstatement of the infringing listing.

If we don't get a written response and resolution within **7 calendar days** of this notice, we will proceed with filing a lawsuit without further communication.

We will also seek:

- Injunctive relief to immediately and permanently remove the infringing product

- Statutory damages under 17 U.S.C. § 504 (up to $150,000 for willful infringement)

- Compensation for financial harm and reputational damage

- Recovery of attorney's fees and court costs

You may still avoid litigation by immediately:

1. Ceasing all sales and distribution of the infringing product

2. Withdrawing your counter-notice from Amazon

3. Providing a written statement confirming compliance and intent not to repeat the infringement

This notice is issued **without prejudice** to any additional claims or remedies available to our client, all of which are expressly reserved.

Sincerely,
**Natalie Verein**
Legal Representative for VHNS LLC
legal@witchycauldron.com

14

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit  E

# Certified Mail Receipt and Delivery Confirmation

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# 🌐 Mailform

**Mailform, Inc.**
607 North Avenue, Door 18
Wakefield, MA 01880
**Phone:** +18053959596
**Email:** team@mailform.io

**Nataliia Vereina**
4311 Long Glen dr
Kingwood, TX 77339
United States
**Email:** natalyvereina@gmail.com

**Invoice Number:** 392a8981-3434-4550-99e2-1ae3742b9634
**Date:** April 7, 2025

| Description | Quantity | Price | Amount |
|---|---|---|---|
| #6ae8cd32-e62f-45a8-b651-7ad9c0bed764<br>Recipient: Ruben, 12320 Burbank Blvd # 110,<br>Valley Village CA 91607, United States<br>Services: CERTIFIED,PHYSICAL RETURN<br>RECEIPT<br>Files: 17517413911.pdf<br>USPS Certified Mail w/Physical Return<br>Receipt; 2 pages; Double Sided; Black &<br>White | 1 | 17.77 | 17.77 |

|  | |
|---|---|
| **Total:** | 17.77 |
| **Amount Paid:** | 17.77 |

Page 1 of 1

Tracking Information          92147901324734002185022914

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Tracking Number:

**92147901324734002185022914**

Copy    Add to Informed Delivery

Latest Update

Your item was delivered to an individual at the address at 1:21 pm on April 15, 2025 in VALLEY VILLAGE, CA 91607.

Get More Out of USPS Tracking:

USPS Tracking Plus®

Remove :

Delivered

Delivered, Left with Individual
VALLEY VILLAGE, CA 91607
April 15, 2025, 1:21 pm

See All Tracking History

What Do USPS Tracking Statuses Mean?

COMPLAINT FOR COPYRIGHT INFRINGEMENT

# Exhibit F

# Amazon Complaint Details for DMCA Takedown

COMPLAINT FOR COPYRIGHT INFRINGEMENT

Home › Monitor Submission history › Complaint ID: 17517413911

# Complaint details[BETA]

**Status:** ⊘ Accepted
**Date submitted:** Mar 31, 2025, 09:22 PM
**Amazon store:** amazon.com
**Infringement type:** Copyright: Product or packaging
**Brand:** Witchy Creations
**Website link:** https://www.amazon.com/dp/B0DYRA3JC7
**Contact name:** Natalia Vrenin
**Contact email:** nataliyavrenka@gmail.com
**Submitter email:** nataliyavrenka@gmail.com
**Submission type:** Report a Violation

**Additional Information**

The listed item(s) are unauthorized reproductions of my copyrighted work, "Learning Tarot Cards, Spanish edition" for which I hold exclusive rights. Using my work in these listings infringes upon my copyright and is unauthorized.

Registration information and jurisdiction of applicable intellectual property rights:
Registration Number TXu 2-467-000
Effective Date of Registration: April 23, 2023
Jurisdiction: United States

| ASIN ↓ | Product name ↕ | Contents reported ↕ | Last status update ↕ | Status ↕ | |
|---|---|---|---|---|---|
| | | | Retract a complaint ⋮ Escalate a complaint | | |
| B0DYRA3JC7 | Spanish Tarot Cards, Beginner Friendly Deck with Astrology Symbols, Illustrated Guide Cards Tarot español para principiantes, Tarot con significado en ellos en las tarjetas | Complete ASIN - all offers | Mar 31, 2025, 09:22 PM | ⊘ Accepted | |

### Seller contact details

Showing - 1 - 1 of 1    ‹ 1 ›    10 results per page

COMPLAINT FOR COPYRIGHT INFRINGEMENT

**Response to Counter-Notice – Complaint ID: 17517413911 / ASIN: B0DY6R3JC7** ⊘ ~~text~~                               ⌄ ⚙

Natasha Vereina <nastyverelna@gmail.com>
to ip-info-request ▾                                                                    Mon, Apr 7, 7:05 PM (8 days ago)  ☆  ⌄⁄  ☺  ↰

Dear Amazon IP Team,

We are writing in response to the counter-notification submitted under Complaint ID: 17517413011 regarding ASIN B0DY6R3JC7.

Please be advised that we have issued a Final Notice of Copyright Infringement to the party in question (Ruben Dukhiyan) via both certified mail and email, using the address and contact details they provided in their counter-notice.

In accordance with 17 U.S.C. § 512(g)(2)(C), we are requesting an additional 7 days to allow time for a response from this recipient and to finalize our legal filing. We are fully prepared to submit a copy of the certified mail receipt and email delivery confirma
as evidence of our communication.

If we do not receive a response from the infringing party by April 16th, 2025, we will proceed with filing a copyright infringement lawsuit in federal court. A copy of the lawsuit will be quickly provided to your team when they file it, as required by April 24

Thank you for your attention to this matter.

Sincerely,
Natasha Vereina
VKN3 LLC
nastyvereina@gmail.com
+1 (832) 203-1053

📧 Sent with Mailsuite · View in email

---

ip-info-request@amazon.com  (4)  ⊘                                                      Tue, Apr 8, 10:02 AM (7 days ago)  ☆    ☺  ↰
to me ▾

Hello,

Thank you for your message.  Amazon.com complies with the Digital Millennium Copyright Act (DMCA). Under the DMCA, once Amazon has received a valid DMCA notice, in order to appeal that DMCA notice, a counter-noticing party must make a statement
under penalty of perjury that they believe the original notice was sent in error and that the content that was removed is not infringing. Once a counter-notice is received by Amazon, the original claimant has 10 business days to file a lawsuit against the counte
noticing party or Amazon must reinstate the content at issue per the DMCA. For best practices regarding DMCA notices and counter-notices, please review this document available from the U.S. Patent and Trademark Office: https://www.uspto.gov/sites/de
fault/files/documents/DMCA_Good_Bad_and_Situational_Practices_Document4FINAL.pdf

Note that further messages objecting to this process may not receive a response. Thank you for understanding our position on this matter.

Regards,

Copyright/Trademark Agent
Amazon.com

COMPLAINT FOR COPYRIGHT INFRINGEMENT

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Natalie Verein

## DEFENDANTS

RUBEN SUKIASYAN

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | |
|---|---|
| ☐ 1  U.S. Government Plaintiff | ☒ 3  Federal Question *(U.S. Government Not a Party)* |
| ☐ 2  U.S. Government Defendant | ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | ☒ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
_____

Brief description of cause:
_____

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____     DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____